UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Stephanie Cannady,
        Plaintiff

v.                                          C.A. No. 09-07S

Wade Rathke, et al.,
        Defendant


**ORDER**


The Report and Recommendation of United States Magistrate

Judge David L. Martin filed on January 15, 2009 in the above-

captioned matter is accepted pursuant to Title 28 United States

Code § 636(b)(1).  No objection having been filed to the Report

and Recommendation , Plaintiff's  Motion for Leave to Proceed in

Forma Pauperis is DENIED and the Complaint is DISMISSED for

failure to state a claim on which relief may be granted.


                            By Order,

                            _____
                            Deputy Clerk

ENTER:


_____
William E. Smith
United States District Judge

Date: 2|9|09